'UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF CHESTER J. MARINE, LLC, AS OWNER AND OPERATOR OF THE M/V CECILE A. FITCH, OFFICIAL NO. 297854

CIVIL ACTION

NO. 3:20-cv-00214 c/w 3:20-cv-00252

JUDGE JOHN W. deGRAVELLES

MAG. JUDGE SCOTT D. JOHNSON

*This Pleading Pertains to 3:20-cv-00214*

## AFFIDAVIT OF SETTLEMENT EFFORTS

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**Georges M. Legrand, Esq.**

and, upon being duly sworn, did depose and say:

1. He is trial counsel for Chester J Marine, LLC ("CJM"), Limitation Complainant herein.

2. CJM has received a settlement demand on behalf of Charlotte Standridge Standridge, individually and as personal representative for the estate of Lloyd Standridge, Aaron Standridge and Ashley Standridge ("Standridge Claimants").

3. CJM has made a counter-offer to the Standridge Claimants and also participated in mediation with their attorney and counsel and representatives of Yazoo River Towing, Inc., before a private mediator, on April 29, 2022 and September 27, 2022. Settlement efforts to date have been unsuccessful.

Thus done and sworn by me on this 7th day of October, 2022 in New Orleans, Louisiana.

_____
Georges M. Legrand

Sworn to and subscribed before me this 7 day of October, 2022.

_Trevor M. Cutaiar_

**TREVOR M. CUTAIAR, ESQ.**
Notary Public ID No. 91022
Louisiana Bar No. 33082
State of Louisiana
My Commission is Issued for Life