**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN THE MATTER OF CHESTER J. MARINE, LLC AS OWNER AND OPERATOR OF THE M/V CECILE A FITCH, OFFICIAL NO. 297854** | * * * * * * * * * * * | **CIVIL ACTION NO. 3:20-cv-00214 c/w 3:20-cv-00252-**<br><br>**JUDGE JOHN W. deGRAVELLES**<br><br>**MAGISTRATE JUDGE SCOTT D. JOHNSON**<br><br>**This pleading pertains to all cases** |

**AFFIDAVIT OF SETTLEMENT EFFORTS**

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned notary, personally came and appeared

Adam Lewis

And, upon being duly sworn, did depose and say:

1. That he is counsel of record for the Standridge Claimants ("Claimants")) in the above captioned matter;
2. Claimants have made multiple settlement demands to Yazoo River Towing, Inc. ("Yazoo") and Chester J. Marine, LLC ("CJM");
3. Claimants have received counter-offers from Yazoo and CJM to such demands;
4. Claimants have participated in two mediations with Yazoo and CJM, the first on April 29, 2022, and the second on September 27, 2022.

Further affiant sayeth not

Adam Lewis

SWORN TO AND SUBSCRIBED BEFORE ME THIS 10th DAY OF October 2022.

Karitsa Brown
NOTARY PUBLIC

KARITSA M. BROWN
Notary Public, State of Texas
Comm. Expires 05-25-2023
Notary ID 128625610

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF CHESTER J. MARINE, LLC AS OWNER AND OPERATOR OF THE M/V CECILE A. FITCH, OFFICIAL NO. 297354 | * | CIVIL ACTION NO. 3:20-cv-00214 c/w 3:20-cv-00252 |
| | * | JUDGE JOHN W. deGRAVELLES |
| | * | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| | * | This pleading pertains to all cases |

AFFIDAVIT OF SETTLEMENT EFFORTS

STATE OF TEXAS §

COUNTY OF HARRIS §

BEFORE ME, the undersigned notary, personally came and appeared:

Adam Lewis

And, upon being duly sworn, did depose and say:

1. That he is counsel of record for the Stonebridge Claimants ("Claimants") in the above captioned matter.
2. Claimants have made multiple settlement demands to Yazoo River Towing, Inc ("Yazoo") and Chester J. Marine, LLC ("CJMC").
3. Claimants have received counteroffers from Yazoo and CJMC to such demands.
4. Claimants have participated in two mediations with Yazoo and CJMC, the first on April [illegible], 202[illegible] and the second on September 27, 2022.

Further affiant sayeth not.

Adam Lewis

SWORN TO AND SUBSCRIBED BEFORE ME THIS 10th DAY OF October, 2022.

NOTARY PUBLIC

KARITSA M. BROWN
Notary Public State of Texas
Comm. Expires 05-26-2023
Notary ID 12862561[illegible]