**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**IN THE MATTER OF YAZOO RIVER TOWING, INC., AS OWNER AND OPERATOR OF THE TWO BOAT MELVINL. KING, AND ITS ENGINES, MACHINERY, GEAR, TACKLE, APPAREL AND ITS SKIFF AND ALL OTHER APPURENANCES, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO. 20-214-JWD-SDJ c/w 20-252-JWD-SDJ**

**JUDGE JOHN W. deGRAVELLES**

**MAGISTRATE JUDGE SCOTT D. JOHNSON**

# JUDGMENT

The *Complaint for Exoneration from or Limitation of Liability* (Doc. 1) having been filed by Limitation Complainant Chester J. Marine, LLC, ("CJM"), (Doc. 1), and the following persons having been joined in this proceeding: Charlotte Sandridge, individually as the personal representative for the Estate of Lloyd Standridge; Ashley Standridge; Aaron Standridge (collectively, the "Standridge Claimants"); a personal representative for the state of Norsalus Jackson, and his successors ("Jackson Claimants"); and Yazoo River Towing, Inc. ("YRT") (*Id.* at 4);

Shayla Wright having been appointed personal representative of decedent, Norsalus Nathaniel Clarence Jackson, and his estate, and substituted in place of Catina McCloud-Smith, (Doc. 49);

Jack Miller's Landing, LLC, d/b/a Jack Miller's Landing and J's Lounge ("JML") having joined the action by way of third-party complaints filed by CJM and YRT, (Doc. 68, 69);

The claims by the Jackson Claimants against YRT and CJM having been dismissed with prejudice, by way of settlement, (Doc. 230, 273).

The summary judgment by JML having been granted, and the third-party claims against JML having been dismissed with prejudice, (Doc. 232)

The claims by the Standridge Claimants against YRT having been dismissed, with prejudice, (Doc. 365), by way of settlement, (Doc. 317),

This matter having been tried to the bench from January 9, 2023, through January 12, 2023, and the Court having issued *Findings of Fact and Conclusions of Law* (Doc. 370) holding that CJM is without fault in causing the accident sued upon and is entitled to exoneration from liability,

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of CJM and YRT and against the Jackson Claimants, and that all claims by the Jackson Claimants against CJM and YRT are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of YRT and against the Standridge Claimants, and that all claims by the Standridge Claimants against YRT are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of CJM, and against the Standridge Claimants, exonerating CJM from all liability, and **DISMISSING** the claims by the Standridge Claimants against CJM **WITH PREJUDICE**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of JML and against CJM and YRT on the third-party claims and that all claims by CJM and YRT against JML are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on September 28, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**